**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-6205**

—————————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

    v.

DEONZA LAMAR CARMICHAEL,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:08-cr-00229-FL-2; 5:12-cv-00288-FL)

—————————

Submitted:  May 28, 2015          Decided:  June 4, 2015

—————————

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Deonza Lamar Carmichael, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deonza Lamar Carmichael appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Carmichael, No. 5:08-cr-00229-FL-2; 5:12-cv-00288-FL (E.D.N.C. Feb. 6, 2014); see also United States v. Foote, __F.3d__, 2015 WL 1883538 (4th Cir. Apr. 27, 2015), petition for cert. filed (May 12, 2015) (No. 14-9792). We deny Carmichael's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED